1  BILL LOCKYER, Attorney General
   of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  JOHN W. RICHES II, State Bar No. 206223
   Deputy Attorney General
6     1300 I Street, Suite 125
      P.O. Box 944255
7     Sacramento, CA 94244-2550
      Telephone: (916) 323-5915
8     Fax: (916) 324-5205
   Attorneys for Defendants Johnson, Chisum,
9  Bledsoe, Pugh, King and Rogers
   SA2004101339

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DWAYNE L. BURGESS, | No. CIV-S-03-0643 GEB GGH P |
|---|---|
| Plaintiff, | **ORDER RE: DEFENDANTS' REQUEST TO ACT AFTER THE EXPIRATION OF TIME** |
| v. | |
| CHERYL K. PLILER, Warden, et al., | |
| Defendants. | |

**ORDER**

Defendants Johnson, Chisum, Bledsoe, Pugh, King and Rogers have requested to act after the expiration of time, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to serve their responses to plaintiff's first and second request for admissions and second request for production of documents.

NOW THEREFORE, good cause having been shown, defendants' request to act after the expiration of time to serve their discovery responses is granted.

DATED: 6/10/05

/s/ Gregory G. Hollows
_____
Gregory G. Hollows, U. S. Magistrate Judge

burg0643.eot05

1

Proposed Order RE Request to Act Beyond Time