1   BILL LOCKYER, Attorney General
    of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   JAMES E. FLYNN
    Supervising Deputy Attorney General
5   JOHN W. RICHES II, State Bar No. 206223
    Deputy Attorney General
6      1300 I Street, Suite 125
       P.O. Box 944255
7      Sacramento, CA 94244-2550
       Telephone: (916) 323-5915
8      Fax: (916) 324-5205
    Attorneys for Defendants Johnson, Chisum,
9   Bledsoe, Pugh, King, and Rogers
    SA2004101339

10

                UNITED STATES DISTRICT COURT
11
                EASTERN DISTRICT OF CALIFORNIA
12

13   DWAYNE L. BURGESS,                    No. CIV-S-03-0643 GEB GGH P

14                          Plaintiff,     **ORDER RE: DEFENDANTS'**
                                           **REQUEST TO ACT AFTER THE**
15          v.                             **EXPIRATION OF TIME**

16   CHERYL K. PLILER, Warden, et al.,

17                          Defendants.

18

19                          **ORDER**

20          Defendants Johnson, Chisum, Bledsoe, Pugh, King, and Rogers have

21   requested to act after the expiration of time to file their Notice and Motion to Dismiss and

22   for Summary Judgment pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

23          NOW THEREFORE, defendants' request to act after the expiration of time

24   is granted.

25   DATED: 7/18/05

26                          /s/ Gregory G. Hollows

27                          _____
                            Gregory G. Hollows, U. S. Magistrate Judge

28   burg0643.eot07

                                  1