IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE L. BURGESS,

    Plaintiff,                    No. CIV S-03-0643 GEB GGH P

    vs.

CHERYL K. PLILER, Warden, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff has requested a 14-day extension of time to file and serve a response to the defendants' July 5, 2005 motion to dismiss and for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 28, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted an extension of time until August 18, 2005 in which to file and serve a response to the defendants' July 5, 2005 motion to dismiss and for summary judgment.

DATED: 8/3/05

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
burg0643.36