BILL LOCKYER, Attorney General
of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
JOHN W. RICHES II, State Bar No. 206223
Deputy Attorney General
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone: (916) 323-5915
　Fax: (916) 324-5205
Attorneys for Defendants Johnson, Chisum,
Bledsoe, Pugh, King, and Rogers
SA2003103594

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE L. BURGESS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHERYL K. PLILER, Warden, et al.,<br><br>　　　　　　　　　　Defendants. | No. CIV-S-03-0643 GEB GGH P<br><br>**ORDER RE: DEFENDANTS'**<br>**REQUEST TO VACATE**<br>**SCHEDULING ORDER** |

**ORDER**

　　　　Defendants Johnson, Chisum, Bledsoe, Pugh, King, and Rogers request that the scheduling order in the above entitled matter be vacated until further order of this court.

　　　　NOW THEREFORE, good cause having been shown, defendants' request that the scheduling order in the above entitled matter be vacated until further order of this court is granted.

DATED: 9/7/05

　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Gregory G. Hollows, U. S. Magistrate Judge

burg0643.po.wpd

1

Proposed Order Re Defendants' Request to Vacate Scheduling Order