IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE L. BURGESS,

      Plaintiff,                      No. CIV S- 03-0643 GEB GGH P

    vs.

CHERYL K. PLILER, Warden, et al.,

      Defendants.              <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed on February 3, 2003, defendants' motion for summary judgment was vacated without prejudice for defendants' failure to have filed their statement of undisputed facts. E.D. Local Rule 56-260(a). Defendants were granted 15 days to file their statement of undisputed facts along with a re-notice of their motion for summary judgment.

        On February 22, 2006, defendants sought an extension of time until March 23, 2006 to file a statement of undisputed facts and re-notice. Defendants sought additional time to augment the undisputed facts they state that they had previously prepared but had failed to file. In making their request, defendants' counsel failed to comply fully with Local Rule 5-137(b). Defendants filed the request and proposed order via ECF but did not email a proposed order in wordprocessing format. Generally, the court will not consider a request that does not comply

1

with the Local Rules.  In addition, the request was filed one day beyond the time the re-notice and statement of undisputed facts were due.

On March 7, 2006, defendants re-noticed their motion for summary judgment and filed their statement of undisputed facts.  Defendants' filing was due by no later than February 21, 2006.  Although defective, the court will partially grant the request for extension of time and will deem the March 7, 2006 re-notice and statement of undisputed facts timely filed.

Accordingly, IT IS ORDERED that:

1.  Defendants' February 22, 2006 request for an extension of time is partially granted;

2.  Defendants' March 7, 2006 re-notice of summary judgment and statement of undisputed facts are deemed timely filed; and

3.  Plaintiff must file any supplemental opposition to defendants' re-noticed motion for summary judgment within 30 days; should plaintiff elect not to do so, the court will deem the matter submitted upon expiration of plaintiff's time for filing any supplemental opposition.

DATED:   3/15/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
burg0643.eot

2