IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE L. BURGESS,

        Plaintiff,                No. CIV S-03-0643 GEB GGH P

    vs.

CHERYL K. PLILER,

        Defendant.        <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 3, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1.  The findings and recommendations filed February 3, 2006 are adopted in full;

2.  Defendants' July 5, 2005 motion to dismiss, pursuant to nonenumerated Fed. R. Civ. P. 12(b), for failure to exhaust administrative remedies is granted in part and denied in part as follows:

(a)  Granted as to plaintiff's claims against defendants King and Rogers and defendants King and Rogers are dismissed from this action;

(b)  Denied as to plaintiff's allegations against defendants Chisum, Bledsoe, Pugh and Johnson and this action will proceed as to these defendants;

3.  Plaintiff's representations that he has abandoned his claims for declaratory and injunctive relief are construed as a motion for voluntary dismissal of these claims for relief and said motion is granted, and this action shall proceed against the remaining defendants on a claim of money damages only.

Dated:  March 21, 2006

```
/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge
```